# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

February 28, 2014

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO  Yakima

The Honorable Fred Van Sickle
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
920 W. Riverside
Spokane, WA 99210

                **RE: MENDEZ, Jaime Omar**
                **Docket No: 2:02CR02053-001**

                **REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

Mr. Mendez is requesting permission to travel to Agua Escondida Municipio De Pihuamo, Jalisco, Mexico, to visit his family. Mr. Mendez plans to travel by airplane leaving on March 14, 2014, and returning by the same mode of travel on April 14, 2014. The Court has previously granted the defendant permission to travel to this same destination in March 2012.

Mr. Mendez continues to do well on supervision. The defendant is currently employed full time at Borton Fruit in Yakima, Washington. Mr. Mendez' term of supervised release is scheduled to expire on May 10, 2014.

**MENDEZ, Jaime Omar**
February 28, 2014
Page 2

This officer respectfully recommends Mr. Mendez' request to travel to Agua Escondida Municipio De Pihuamo, Jalisco, Mexico, be granted.

                Respectfully submitted,

                Scott M. Morse, Sr.
                Chief U.S. Probation Officer


                By: s/Jose Zepeda        02/28/2014
                Jose Zepeda               Date
                U.S. Probation Officer

APPROVED BY:

s/Scott M. Morse, Sr.        02/28/2014
Scott M. Morse, Sr.          Date
Chief U.S. Probation Officer

---

**ORDER OF THE COURT:**

**Approved** ✓         **Disapproved** _____


    3/3/14                     s/ Fred Van Sickle
**Date**                      The Honorable Fred Van Sickle
                           Senior U.S. District Judge